Judge: Timothy W. Dore
Chapter: 13
Hearing Date: May 04, 2016
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle,WA 98101

Response Date: April 27, 2016

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

ADOLFO JESUS TINOCO,
2504 263rd Court NE
Redmond, WA 98053

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 15-15353

NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING

PLEASE TAKE NOTICE that the Trustee's Motion to Dismiss Case IS SET FOR HEARING as follow:

Judge: Timothy W. Dore
Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle,WA 98101

Date: May 04, 2016
Time: 9:30 am

IF YOU OPPOSE this motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is April 27, 2016.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: March 28, 2016

/s/K. Michael Fitzgerald
K. Michael Fitzgerald
Chapter 13 Trustee
WSBA# 8115

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM094  NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING

Case 15-15353-TWD    Doc 24    Filed 03/29/16    Ent. 03/29/16 08:27:19    Pg. 1 of 3

Judge: Timothy W. Dore
Chapter: 13
Hearing Date: May 04, 2016
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle, WA 98101
Response Date: April 27, 2016

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING |
|---|---|
| ADOLFO JESUS TINOCO, | NO. 15-15353 |
| Debtor. | TRUSTEE'S MOTION TO DISMISS CASE |

The Trustee moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The confirmed Plan requires annualized payments of $3,100.00 per month. The plan is now delinquent a total of $12,400.00 calculated through 3/28/2016.
Based on information received from the debtor's wife, the debtor is deceased.

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: March 28, 2016

/s/ K. Michael Fitzgerald
K. Michael Fitzgerald
Chapter 13 Trustee
WSBA #8115

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com

Dated:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING NO. 15-15353 |
|---|---|
| ADOLFO JESUS TINOCO, | Proposed ORDER DISMISSING CASE |
| Debtor. | |

THIS MATTER having come before the Court on the Chapter 13 Trustee's Motion to Dismiss Case, and the Court having reviewed and considered the motion, records and files in this case, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124

CM095  ORDER DISMISSING CASE